AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Robert Wooten | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  5:21-548-KDW |
| Commissioner of the Social Security | ) | |
| Administration | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____

dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along

with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■   other: The court hereby reverses the decision of the Commissioner pursuant to Sentence Four of 42 U.S.C.

§ 405(g) and remands the matter to the Commissioner for further proceedings.


This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.


❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.


■ decided by the Honorable Kaymani D. West,  United States Magistrate Judge.


Date:      September 7, 2022

ROBIN L. BLUME
*CLERK OF COURT*


s/ Glenda J. Nance
_____
*Signature of Clerk or Deputy Clerk*