UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| ROBERT WOOTEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KILOLO KIJAKAZI, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Civ. No. 5:21-cv-00548-KDW |

# **ORDER**

AND NOW, this 21st day of September, 2022, it is hereby, ORDERED that Plaintiff's Motion for Attorney Fees, ECF No. 24, is granted, and Plaintiff, Robert Wooten, is awarded attorney fees in the amount of Four Thousand, Thirty-Four Dollars and 63/100 Cents ($4,034.63) under 28 U.S.C. § 2412 (d) of the EAJA. This award will be paid directly to Plaintiff, Robert Wooten, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the EAJA award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the EAJA award in this Order to the extent necessary to satisfy such debt(s).

September 22, 2022                                     Kaymani D. West
Florence, South Carolina                          United States Magistrate Judge